**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 08-04272 JF (PR) |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE COMPLAINT; DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| CALIFORNIA MEDICAL FACILITY WARDEN, | |
| Defendant. | (Docket Nos. 2 & 4) |

On September 10, 2008, Plaintiff filed a motion for appointment of counsel without filing a complaint or petition. The Clerk of the Court notified Plaintiff that failure to submit a complaint or petition within thirty days from the filing date of the notice would result in the dismissal of the action. Plaintiff filed a request for an extension of time to file a complaint. (Docket No. 4.) Good cause appearing, Plaintiff's request is GRANTED. Plaintiff's complaint and application to proceed in forma pauperis must be filed **no later than November 24, 2008**.

Plaintiff's motion for appointment of counsel (Docket No. 2) is denied without prejudice for lack of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525

Order Granting Request for Ext. Of Time
P:\PRO-SE\SJ.JF\CR.08\Overton4272_eot-compl.wpd                        1

1   (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v.
2   Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  The Court will reconsider Plaintiff's
3   request sua sponte if a trial becomes necessary or if the circumstances of this case otherwise
4   change so as to necessitate such appointment.
5       This order terminates Docket Nos. 2 and 4.
6       IT IS SO ORDERED.
7   DATED: 10/21/08
8   JEREMY FOGEL
    United States District Judge

Order Granting Request for Ext. Of Time
P:\PRO-SE\SJ.JF\CR.08\Overton4272_eot-compl.wpd                2