**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON, )
          Plaintiff, )
  vs. )
DR. DOE, et al., )
          Defendants. )

No. C 08-04272 JF (PR)

ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION

      On December 1, 2008, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983. However, the Court cannot conduct an initial review of this matter until Plaintiff has either paid the filing fee or submitted a completed in forma pauperis application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor). If the Court determines that the Plaintiff is unable to pay the full filing fee at the time of filing, Plaintiff will be granted leave to proceed in forma pauperis, which means the action may proceed without payment of the full filing fee at the outset of the action. The total filing fee that ultimately will be due is $350.00, which will be taken from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1).

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Overton04272_eot-ifp.wpd

Therefore, before the Court reviews the complaint, Plaintiff shall submit a completed In Forma Pauperis Application and the necessary documents using the court form.  He shall indicate on the application a clear indication that it is for the above-referenced case number, C 08-04272 JF.  Plaintiff shall submit this supporting documentation within **thirty (30) days** of the date this order is filed.  **Failure to comply with this order in the time provided shall result in the Court's dismissal of this action without prejudice.**

The clerk of the Court shall enclose two copies of the court's In Forma Pauperis Application with a copy of this order to Plaintiff.

IT IS SO ORDERED.

DATED: 1/14/09

JEREMY FOGEL
United States District Judge